## Marilyn Grigg, Appellee, v. Jack A. Grigg, Appellant.

### Term No. 50M11.

Heard in this court at the May term, 1950. Frederick E. Merritt and George W. Howard, Jr., for appellant; Raemer & Horn, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed September 20, 1950; released for publication October 20, 1950.